Eastern District of Kentucky
FILED
DEC 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON**

CRIMINAL NO. 04-87-KKC

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                     **NOTICE OF INTENT TO FILE INFORMATION**

ROGER DEAN HALL                                              DEFENDANT

* * * * *

Comes the United States of America, by counsel, and hereby gives notice that the United States of America intends to file a criminal Information in the above-captioned matter charging the defendant, **ROGER DALE HALL**, with a felony violation of a federal criminal statute in United States District Court, London, Kentucky, as set by the Court.

Respectfully submitted,

GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

By: _____
Roger W. West
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
606-864-5523