Eastern District of Kentucky
FILED
DEC 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA            PLAINTFF

: Criminal No. 04-87 (KKC)
:
:
v.     : (UNDER SEAL)

ROGER ~~DALE~~ *Dean* HALL :            DEFENDANT

[KKC initials handwritten next to name]

## ORDER

Based on the representations in the government's Motion to Seal the accompanying criminal information and plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant Motion to Seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

### FINDINGS OF FACT

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in an ongoing criminal investigation.

The general public is not aware that the defendant has agreed to cooperate with the United States in this ongoing investigation.

The defendant's cooperation includes the possibility of covert activities which due to the nature of the investigation pose a substantial risk to the personal safety of the defendant, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the government has filed a Motion to Seal the Criminal Information and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this Motion to Seal, as well as the Order granting such Motion will likely substantially jeopardize an ongoing criminal investigation and place the personal safety of parties involved in the covert investigation, as well as innocent bystanders, at substantial risk.

Based on the representations in the government's Motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's Motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this __15__ day of December 2004 hereby

ORDERED that this Order, and the attached government Motion to Seal the Criminal Information and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this Motion to Seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Information, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the criminal information, the government's Motion to Seal and the Order granting such Motion, and other pleadings filed under seal in this case until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing Order to allow the government to comply with noticing and publishing requirements that may be filed as part of this case, or to comply with its discovery, <u>Giglio</u> and <u>Brady</u> obligations in any pending criminal case in which the defendant herein may be called as a witness.

It is further ORDERED, that notwithstanding other provisions of this Order, that after Notice to the parties herein and an opportunity for a hearing, this matter shall be unsealed after the final imposition of sentence.

*Karen Caldwell*
UNITED STATES DISTRICT JUDGE
Eastern District of Kentucky

7