Eastern District of Kentucky
FILED
DEC 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

UNITED STATES OF AMERICA

V.     INFORMATION NO. 04-CR-87-KKC

ROGER ~~DALE~~ *Dean* HALL

\* \* \* \* \*

## COUNT 1
### 18 U.S.C. § 1512(b)(3)

On or about a day in August 2003, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

ROGER ~~DALE~~ *Dean* HALL

knowingly engaged in misleading conduct toward another person with intent to hinder, delay, and prevent the communication to a law enforcement officer of the United States of information relating to the commission and possible commission of a Federal offense, all in violation of 18 U.S.C. § 1512(b)(3).

## COUNT 2
### 18 U.S.C. § 1512(c)(2)

On or about a day in August 2003, the exact date unknown, in Harlan County, in the Eastern District of Kentucky,

ROGER ~~DALE~~ *Dean* HALL

corruptly obstructed, influenced, impeded, and attempted to obstruct, influence, and

4

impede an official proceeding, all in violation of 18 U.S.C. § 1512(c)(2).

## COUNT 3
## 18 U.S.C. § 1001(a)

On or about January 15, 2004, in Laurel County, in the Eastern District of Kentucky,

**ROGER ~~DALE~~ HALL,** [handwritten: Dean]

in a matter within the jurisdiction of the judicial branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation to Federal Bureau of Investigation Special Agent Timothy S. Briggs, all in violation of 18 U.S.C. § 1001(a)(2).

_[signature]_
**GREGORY F. VAN TATENHOVE**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 10 years imprisonment, not more than $250,000 fine, and term of supervised release of not more than 3 years.

### COUNT 2:

Not more than 20 years imprisonment, not more than $250,000 fine, and term of supervised release of not more than 3 years.

### COUNT 3:

Not more than 5 years imprisonment, not more than $250,000 fine, and term of supervised release of not more than 3 years.

**PLUS:**    Mandatory special assessment of $100 on all felony counts.

**PLUS:**    Restitution if applicable.

3