UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
FILED
DEC 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 04-87-KKC

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                      **NOTICE OF RELATED PROSECUTIONS**

ROGER DEAN HALL                                                 DEFENDANT

\* \* \* \* \*

Please notice that this case is related to *United States v. Dewayne Harris, Johnny Epperson, and Edna Harris,* Criminal Case No. 03-17-KKC, which was assigned to United States District Judge Karen K. Caldwell.

Respectfully submitted,

GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

By: _____
Roger W. West
Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
606-864-5523