FILED UNDER SEAL

ON __12/15/04__

LESLIE G. WHITMER, CLERK

BY: _Michell Sliter_ D.C.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON

Eastern District of Kentucky
FILED
DEC 15 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL NO.: 04-87

UNITED STATES OF AMERICA,                                                      PLAINTIFF

vs                            SENTENCING ORDER

ROGER DEAN HALL                                                                DEFENDANT

\* \* \* \* \* \* \* \* \* \*

In order to proceed under the Sentencing Reform Act,

IT IS ORDERED as follows:

1. Sentencing proceedings are set in this case on the 14th day of March, 2005, at 1:00 p.m. at London, Kentucky.

2. Within ten (10) days from the date of this order, the defendant and defense counsel shall meet with the Probation Officer for an interview. It shall be the responsibility of defense counsel to contact the Probation Officer to ascertain the time and place of the interview, unless defense counsel's attendance is waived.

3. Not less than thirty-five (35) days prior to the date set for sentencing, the Probation Officer shall provide a copy of the Presentence Investigation Report (PSR) to the defendant and to counsel for both the defendant and the United States. Within fourteen (14) days thereafter, counsel shall submit by letter, to the Probation Officer and to opposing counsel, all objections which they have to the PSR. After receiving counsel's objections, the Probation Officer shall conduct any further investigation and make any revisions to the PSR that may be necessary. The Probation Officer may require counsel for both parties to meet with the Officer to discuss unresolved factual and legal issues.

4. Not less than ten (10) days prior to the sentencing hearing, the Probation Officer shall submit the PSR to the undersigned. The PSR shall be

accompanied by the written objections of counsel and by an addendum setting forth any objections counsel may have made that have not been resolved, together with the Officer's comments thereon. The Probation Officer shall provide a copy of any addendum to the PSR, including any revisions thereof, to the defendant and to counsel for the defendant and the United States. The PSR shall also be accompanied by relevant medical or psychological evaluations, if such reports exist.

5. No less than ten (10) days prior to the sentencing hearing, the parties may, but are not required to, file in the record a sentencing memorandum in support of their respective positions on unresolved objections, motions, or other relevant issues. Any such memorandum shall be accompanied by two copies, which the Clerk shall promptly forward to the Court and to the Probation Office.

6. Except for any unresolved objections under paragraph 4, the Court may, at the hearing, accept the PSR as its findings of fact. For good cause shown, the Court may allow a new objection to be raised at any time before imposing sentence. In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the defendant, or the United States. In particular, the Court reminds the parties of the standard in U.S.S.G. § 6A1.3(a):

> . . . In resolving any dispute concerning a factor important to the sentencing determination, the Court may consider relevant information without regard to its admissibility under the rules of evidence applicable at trial, provided that the information has sufficient indicia of reliability to support its probable accuracy.

7. The times set forth in this order may be modified by the Court for good cause shown, except that the thirty-five (35)-day period provided for disclosure of the PSR pursuant to Fed.R.Crim.P. 32(e)(2) may be diminished only with the defendant's consent.

8. Nothing in this order requires the disclosure of any portions of the PSR that are exempt from disclosure under Fed.R.Crim.P. 32(i)(1)(B) and (d)(3).

9. The PSR shall be deemed to have been disclosed:

(1) when the report is physically delivered to counsel;

(2) one (1) day after the report's availability is orally communicated to counsel; or

(3) three (3) days after notice of its availability is mailed to counsel or the date of availability reflected in the

2

notice, whichever is later.

10. The disclosure of the PSR to the defendant shall be the responsibility of counsel for the defendant.

11. The Probation Officer shall not disclose the Probation Officer's recommendation, if any, on the sentence.

12. Following the sentencing hearing, the Probation Officer shall provide a copy of the presentence investigation report to the Clerk of the Court, who shall place the report in the record under seal and flagged: "CONFIDENTIAL PRESENTENCE INVESTIGATION REPORT TO BE OPENED ONLY BY THE COURT OF APPEALS OR BY ORDER OF THE DISTRICT COURT," and at the same time, the Probation Officer shall provide a copy of the sentencing recommendation and any other information submitted to the Court pursuant to Criminal Rule 32(e)(3) to the Clerk of Court, who shall place all Rule 32(e)(3) information under separate seal flagged: "CONFIDENTIAL RULE 32(e)(3) INFORMATION. NOT TO BE DISCLOSED TO THE PARTIES. TO BE OPENED ONLY BY THE COURT OF APPEALS OR BY ORDER OF THE DISTRICT COURT."

This __15__ day of __December__, 2004.

_Karen Caldwell_
KAREN K. CALDWELL, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY