UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
FILED
FEB 03 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 04 - 87 - KKC

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                          MOTION TO UNSEAL CASE

ROGER DEAN HALL                                                                  DEFENDANT

\* \* \* \* \*

Comes the United States of America, by counsel, and respectfully moves the Court to unseal the documents in this case as well as all proceedings held in connection with the defendant's case since the entry of his guilty plea on December 18, 2004. In support of its motion, the government states the following:

1.  The defendant entered a guilty plea to a three count Information on or about December 18, 2004. The defendant entered guilty pleas to violations of 18 U.S.C. § 1513(b)(3), 18 U.S.C. § 1512(c)(2), and 18 U.S.C. § 1001(a). His sentencing date is set for March 10, 2005. . The defendant agreed to cooperate with the government in an effort to obtain a downward departure from the applicable sentencing guideline range pursuant to Section 5K.1.1 of the United States Sentencing Guidelines.

2.  The Court ordered this case sealed and directed that all records be sealed and entries be delayed on the public docket. The parties requested the sealing in order to avoid

jeopardizing the then ongoing investigations in which the defendant was cooperating as well as to protect the safety of the defendant, law enforcement agents and witnesses.

3. The United States submits that there is no longer a reason for this case to remain sealed. The investigation in which the defendant has attempted to cooperate with the government has been largely concluded. The sealing of the records in this case no longer serves to protect any investigation, the safety of any agents or witnesses, or the safety of the defendant. Accordingly, there is no longer an extraordinary situation or a compelling governmental interest which would justify sealing the record in this case. See Washington Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991).

4. The United States has been advised that the Pre-Sentence Report has certain investigatory requirements that must be included in the final Report. Many of these matters are somewhat public in nature and would require public information. Requests for that information would at this time violate the Order sealing the proceedings. Unsealing the proceedings would allow the report to be completed in a timely and efficient manner.

5. Counsel for the Defendant, the Hon. Warren Scoville, has been advised that the United States would be filing this Motion.

        Respectfully submitted,
        GREGORY F. VAN TATENHOVE
        UNITED STATES ATTORNEY
        By: s/Roger W. West
        Roger W. West, AUSA
        Attorney for the United States
        U.S. Attorney's Office

601 Meyers Baker Road, Ste. 200
London, KY. 40741
Phone: (606) 864-5523, Ext. 111
Fax: (606) 864-3590
Roger.West@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2005, I filed the foregoing with the clerk of the court.

I further certify that I mailed the foregoing document to the following: Hon. Warren Scoville.

s/ Roger W. West
Roger W. West, AUSA
Attorney for the United States
U.S. Attorney's Office
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
Phone: (606)864-5523, Ext.110
Fax: (606)864-3590
Roger.West@usdoj.gov