UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

Eastern District of Kentucky
F I L E D
FEB 1 4 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 04-CR-87-KKC**

UNITED STATES OF AMERICA                        PLAINTIFF

VS.      **RESPONSE TO GOVERNMENT'S MOTION TO UNSEAL CASE**

ROGER DEAN HALL                               DEFENDANT

\* \* \* \* \*

Comes Defendant, by counsel, and hereby responds to the Government's Motion to Unseal Case.

Defendant objects to the unsealing of the case until after sentencing. Defendant has been cooperating with the Government in order to obtain a motion for downward departure pursuant to USSG §5K1.1. He has cooperated in the investigation of prominent persons in Harlan County. Defendant lives in Harlan County, and he continues to fear for his safety. Defendant is unaware of any investigatory requirements that exist in order to conclude the Presentence Investigation Report. Defendant believes he has provided all information to the Probation Officer that he has requested, including all information that the Probation Officer would normally request independently from other sources. If the Probation Officer requires additional information to complete the Presentence Investigation Report, Defendant will make every effort to provide him with whatever he needs.

Respectfully submitted,

_____
HON. WARREN N. SCOVILLE
Warren N. Scoville and Associates
105 North Main Street
London, Kentucky 40741

Phone: (606) 878-6400
Fax: (606) 878-9486
Email: warren@scovillelaw.com
COUNSEL FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to Government's Motion to Unseal Case has been served upon the following:

Hon. Karen K. Caldwell, Judge
U.S. District Court
Eastern District of Kentucky
Fax: (606) 877-7955

Hon. Roger W. West
Assistant U.S. Attorney
U.S. Attorney's Office
601 Meyers Baker Road, Suite 200
London, Kentucky 40741

with original to:

Shirley Allen
Deputy-In-Charge
U.S. District Court
310 South Main Street, Room 215
London, Kentucky 40741

via facsimile, hand delivery, and First-Class U.S. Mail, postage pre-paid, this 14 day of February, 2005.

_____
HON. WARREN N. SCOVILLE
COUNSEL FOR DEFENDANT